IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 18-MJ-513-STE |
| | ) | |
| DRAGOS CONSTANTIN BADEA, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ORDER FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney for the Western District of Oklahoma seeks to bring Dragos Constantin Badea, Inmate Number 200544469, at Oklahoma County Sheriff's Office, before the Court for one or more hearings.

Therefore, the United States moves for an order for a writ of habeas corpus ad prosequendum, directed to the United States Marshal for the Western District of Oklahoma, commanding him to produce the defendant before this Court on October 26, 2018, at 3:00 p.m., for a hearing and for any further hearings necessary in this case. The United States also asks that the Warden of the above institution be directed to surrender the defendant as directed by the Court.

Respectfully submitted,

ROBERT J. TROESTER
First Assistant U.S. Attorney


 s/*Charles W. Brown*
CHARLES W. BROWN
Bar Number: 20168
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8871 (Office)
(405) 553-8888 (Fax)
Charles.brown4@usdoj.gov