IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | Case No. 18-MJ-513-STE |
| DRAGOS CONSTANTIN BADEA, | ) | |
| Defendant. | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The President of the United States to the United States Marshal for the Western District of Oklahoma or any United States Marshal, and the Warden or Superintendent:

GREETINGS: You are hereby commanded to proceed to Oklahoma County Sheriff's Office and there take and receive Dragos Constantin Badea, Inmate Number 200544469, and keep him in your custody and bring him before the United States District Court for the Western District of Oklahoma on October 26, 2018, at 3:00 p.m., for any hearings necessary in this case and then return him to the custody of the above-named institution, or do as otherwise ordered by the Court.

DATED this 17th day of October 2018.

CARMELITA REEDER SHINN
Clerk of the United States District Court
for the Western District of Oklahoma

By: s/Raven McDaniel
DEPUTY