# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 18-MJ-513-STE |
| | ) | |
| DRAGOS CONSTANTIN BADEA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CONSULAR NOTIFICATION

The United States of America files this Notice to show that it notified the Consulate of Romania on October 25, 2018, by facsimile, that the defendant, a national of Romania, had been arrested and the procedure for consular access to defendant.

Respectfully submitted,

*s/ Charles W. Brown*
Charles W. Brown
Assistant U.S. Attorney
Oklahoma Bar No. 20168
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8771 (Office)
(405) 553-8888 (Fax)
charles.brown4@usdoj.gov

## Certificate of Service

I certify that on October 25, 2018, I filed this pleading with the clerk of court for the U.S. District Court, Western District of Oklahoma, using the electronic case filing (ECF) system of the Court.

*s/ Charles W. Brown*
Charles W. Brown
Assistant United States Attorney
