# CRIMINAL COURTROOM MINUTE SHEET
## INITIAL APPEARANCE AFTER CRIMINAL COMPLAINT / INFORMATION

DATE: Oct 26, 2018      CASE: M-18-513-STE

TIME IN COURT: 15 mins      COURTROOM: 401

MAGISTRATE JUDGE SHON T. ERWIN      COURTROOM DEPUTY RAVEN MCDANIEL

UNITED STATES OF AMERICA vs. DRAGOS CONSTANTIN BADEA

Defendant States true and correct name as: Same      AGE: ___

Government Cnsl: Amanda Green for Charles Brown      Defendant Cnsl: Tony Lacy

U.S. Probation Officer: Amy Knapp      Public Defender

- [x] Defendant Appears, custody of U.S. Marshal with Counsel      Interpreter: N/A
- [x] Defendant advised of his / her right of consular notification, and it has been requested and given.
- [x] Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot afford to obtain counsel.
- [x] Defendant informed that he/she is not required to make a statement and that any statement made by him/her may be used against him/her.
- [x] Court inquires of Government regarding notification of victim(s) under Justice for All Act.

---

- [ ] Government recommends defendant be released on ____
- [x] Government recommends defendant be detained based on Risk of Flight and Danger to the Community
- [x] Government requests a 3 day continuance of the detention hearing.
    - [ ] Upon motion of the Government and request for continuance by ____
    - [x] Detention Hearing is set for Wednesday, October 31, 2018 at 3:00 p.m.
- [ ] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- [ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

---

- [x] Defendant informed of his / her right to a preliminary hearing.
    - [ ] Preliminary hearing waived. Written waiver entered.
    - [x] Preliminary hearing set for Wednesday, October 31, 2018 at 3:00 p.m.
    - [ ] Preliminary and detention hearing set for ____

## The Court Orders:

- [ ] The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.
- [x] Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Defendant released on previously posted bond with conditions per Release Order.
- [ ] Unsecured Bond set at ____ with conditions per Release Order.
- [ ] Secured Bond set at ____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
- [ ] Defendant remanded to the custody of U.S. Marshal pending execution of bond.
- [ ] Defendant remanded to the custody of U.S. Marshal.

Defendant will have his initial appearance with the Romanian interpreter Wednesday, October 31, 2018 at 3:00 p.m.

SR-01-2016