# United States District Court
## for the
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. M-18-513-STE |
| ) | |
| DRAGOS CONSTANTIN BADEA ) | |

## ARREST WARRANT

To: any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay, **DRAGOS CONSTANTIN BADEA**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1344  Bank Fraud
18 U.S.C. § 1029  Access Device Fraud

Date: **October 17, 2018**

*Issuing officer's signature*

City and State: Oklahoma City, Oklahoma

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

ARRESTED ON: 10-26-18
WITHIN THE W DISTRICT OF OK
BY: WLIT

Date _____

*Arresting officer's signature*

*Printed name and title*