# CRIMINAL COURTROOM MINUTE SHEET
## INITIAL APPEARANCE AFTER CRIMINAL COMPLAINT / INFORMATION

DATE: Oct 31, 2018      CASE: M-18-513-STE

TIME IN COURT: 15 mins      COURTROOM: 401

MAGISTRATE JUDGE SHON T. ERWIN      COURTROOM DEPUTY RAVEN MCDANIEL

**UNITED STATES OF AMERICA vs. DRAGOS CONSTANTIN BADEA**

Defendant States true and correct name as: Same      AGE: _____

**Government Cnsl:** Charles Brown      **Defendant Cnsl:** Tony Lacy

**U.S. Probation Officer:** Katie Fye      Public Defender

☒ Defendant Appears, custody of U.S. Marshal with Counsel      Interpreter: Chris Hoble

☒ Defendant advised of his / her right of consular notification, Romanian consular has been notified.

☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot afford to obtain counsel.

☒ Defendant informed that he/she is not required to make a statement and that any statement made by him/her may be used against him/her.

☒ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☐ Government recommends defendant be released on _____

☒ Government recommends defendant be detained based on Risk of Flight and Danger to the Community

☐ Government _____

     ☐ Upon motion of the Government and request for continuance by _____

     ☐ Detention Hearing is set for _____

☒ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

☒ Defendant informed of his / her right to a preliminary hearing.

     ☒ Preliminary hearing waived. Written waiver entered.

     ☐ Preliminary hearing set for _____

     ☐ Preliminary and detention hearing set for _____

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☐ Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant released on previously posted bond with conditions per Release Order.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☒ Defendant remanded to the custody of U.S. Marshal.