## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. CR-18-279-G |
| v. | ) | |
| | ) | *Translation of Original Petition* |
| DRAGOS CONSTANTIN BADEA, | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION TO ENTER PLEA OF GUILTY

The defendant states to the Court that the defendant wants to enter a plea of GUILTY to the following counts of the Indictment or Information:__1__

In connection with this plea of GUILTY, I, <u>DRAGOS CONSTANTIN BADEA</u>, the defendant in this case, inform the Court, under penalty of perjury, that I have discussed these matters with my attorney and the answers to the following questions are true and correct to the best of my knowledge and belief.

### A.    BACKGROUND QUESTIONS

Before the Court can accept your plea of guilty, it is necessary that the Court has certain background information about you and this case. The questions in this section are asked for this purpose.

1.    (a)    What is your name? <u>DRAGOS CONSTANTIN BADEA</u>

    (b)    What is your age? <u>40</u>

2.    Are you currently employed? Yes ___ No _X_
If yes, what is the name, address and telephone number of your employer?

3.    How much education have you had? <u>12 Years</u>

4.   Have you ever received medical care or treatment for drug addiction and/or alcohol abuse? Yes ____ No _X_

[If so, prior to the hearing on the Petition to Enter Plea of Guilty, counsel for defendant shall submit to the judge's orders mailbox a list of the dates, places, and types of treatment received by defendant.]

5.   Have you ever received medical care or treatment for a mental or emotional condition? Yes ____ No _X_

[If so, prior to the hearing on the Petition to Enter Plea of Guilty, counsel for defendant shall submit to the judge's orders mailbox a list of the dates, places, and types of treatment received by defendant.]

6.   (a)   Have you consumed any drug, alcohol or medication that is now impairing your ability to think clearly or to understand and answer the questions in this Petition to Enter Plea of Guilty? Yes ____ No _X_

      (b)   Are there any medications prescribed for you that you are not now taking as directed? Yes ____ No _X_
      If yes, does the fact that you are not taking the medication as directed impair your ability to think clearly or to understand and answer the questions in this Petition to Enter Plea of Guilty? Yes ____ No ____

7.   If an attorney is now representing you in this case, what is your attorney's name?
     _PAUL ANTONIO LACY_____

8.   If you have an attorney, have you had enough time to talk with your attorney about your case? Yes _X_ No ____

9.   If you have an attorney, have you told your attorney everything you know about your case? Yes _X_ No ____

10.  If you have an attorney, are you satisfied with the services your attorney has provided for you? Yes _X_ No ____

11.  Do you understand the charge(s) against you? Yes _X_ No ____

**B.** **CONSTITUTIONAL RIGHTS - WAIVERS**

Before the Court can accept your plea of guilty, it is important that you understand that you will be giving up many valuable constitutional rights by entering a plea of guilty. The questions in this section are designed to inform you of those rights.

12.   Do you understand you have a right to plead NOT GUILTY to every charge filed against you? Yes _X_ No ___

13.   Do you understand if you plead NOT GUILTY you have the following constitutional rights:

   (a)   the right to a speedy and public trial by jury?
         Yes _X_ No ___

   (b)   the right to counsel at all stages of the proceedings, and that if you cannot afford to pay a lawyer, one will be appointed to represent you? Yes _X_ No ___

   (c)   the right to see and hear all witnesses called to testify against you and the right to cross-examine them? Yes _X_ No ___

   (d)   the right to use the subpoena power of the Court to compel the attendance of witnesses at trial and the production of other forms of evidence? Yes _X_ No ___

   (e)   the right not to be compelled to incriminate yourself by taking the witness stand; and that if you do not take the witness stand, no inference of guilt may be drawn from your failure to do so? Yes _X_ No ___

   (f)   the right to be presumed innocent until the government has proved you guilty beyond a reasonable doubt by the unanimous agreement of all twelve of the jury members? Yes _X_ No ___

14.   Do you understand if you plead GUILTY you will be found guilty without a trial and you will have given up all of the above rights, except the right to counsel? Yes _X_ No ___

15. Do you understand if you plead GUILTY to a felony offense this may deprive you of valuable civil rights including the right to vote, the right to hold public office, the right to serve on a jury, the right to possess any kind of firearm, destructive device or ammunition, and may make you ineligible for certain government benefits?
Yes ____ No ____ Not Applicable __X__

16. If you are not a citizen of the United States, pleading guilty may affect your immigration status. Pleading guilty may result in your deportation or removal from the United States, may prevent you from ever lawfully reentering or remaining in the United States, and may result in the denial of naturalization. Deportation is mandatory for certain offenses, including most crimes involving controlled substances. You may be deported or removed from the United States even if you are a legal resident and even if you have legally lived in the United States for many years. Do you understand?
Yes __X__ No ____ Not Applicable ____

## C.   SENTENCING - GENERAL

Before the Court can accept your plea of guilty, it is important that you understand certain aspects of the sentencing process. The questions in this section are designed for that purpose.

17. Do you realize if you plead GUILTY the maximum statutory sentence the judge may impose remains the same as if you had pled NOT GUILTY and had been convicted by a jury? Yes __X__ No ____

18. Do you know the sentence you will receive is solely a matter for the judge to decide? Yes __X__ No ____

19. (a)   What is the maximum sentence the law provides for the offense(s) to which you want to plead GUILTY?
   10 years and a fine up to $250,000.00

   (b)   Is there a minimum mandatory sentence the law provides for the offense(s) to which you want to plead GUILTY? Yes ____ No __X__ If yes, what is it?

(c)    For certain offenses a term of supervised release must be imposed to be served after the person is released from a term of imprisonment. Is there a mandatory term of supervised release for the offense(s) to which you want to plead GUILTY? Yes ___ No _X_  If yes, what is the maximum mandatory term?

_____

_____

For all other offenses, the judge may, in the judge's discretion, impose a term of supervised release to be served following the person's release from imprisonment. What is the maximum term of supervised release that could be imposed in this case?
_____3 years_____

_____

_____

What is the maximum term of imprisonment that could be imposed if your supervised release were revoked?
_____2 years_____

(d)    Will you be forfeiting any property to the United States as a result of your guilty plea? Yes ___ No _X_  If yes, what property?

_____

_____

20.    If you plead GUILTY, the judge may require you to make restitution to any victim of the offense [18 U.S.C. §§ 3663 and 3664]. If you plead GUILTY to an offense that occurred on or after April 24, 1996, and the offense falls into certain categories of offenses, including property offenses and crimes of violence, ordinarily the judge is required to order you to pay restitution to any victim of the offense [18 U.S.C. § 3663A]. Also, in certain cases, the law identifies specific classes of people or organizations that may be entitled to restitution. Restitution is a continuing obligation that does not end until it is paid in full. In other words, the United States may continue to seek restitution from you even though you are no longer serving a sentence of confinement or supervision. Do you understand all of this?
Yes _X_ No ___

21.    The judge must impose a special assessment for each count to which you enter a plea of guilty. The amount of the special assessment depends on whether the offense is a felony or a misdemeanor [18 U.S.C. § 3013]. In your case, taking into account each

offense to which you want to plead guilty, the total amount of special assessment is $ ___100.00_____. This amount will be due at the time of sentencing. Do you understand this? Yes __X__ No ___

22.   If you are on probation or parole in this or any other court, do you know that by pleading GUILTY here your probation or parole may be revoked and you may be required to serve a sentence as a result of that revocation in addition to any sentence imposed upon you in this case? Yes __X__ No ___

23.   Do you understand that in certain circumstances a federal judge may order a federal sentence of imprisonment to run at the same time as a state sentence of imprisonment? Yes __X__ No ___

24.   Do you understand if you are convicted of a violation of Title 18, United States Code, Section 924(c), the term of imprisonment imposed for that conviction cannot be served concurrently with any other term of imprisonment? Yes ___ No ___ Not Applicable __X__

## D.   SENTENCING GUIDELINES AND OTHER SENTENCING CONSIDERATIONS

25.   In determining an appropriate sentence for a federal crime, the judge must consider the Sentencing Guidelines developed by the United States Sentencing Commission. The Sentencing Guidelines are advisory in nature, not mandatory. The judge must consider imposing a sentence within the range established by the Sentencing Guidelines, but the judge may impose a sentence either above or below that range. Do you understand this? Yes __X__ No ___

26.   In calculating the range of sentence under the advisory Sentencing Guidelines, the judge will take into account all conduct, circumstances, and injuries associated with your criminal conduct, whether or not this conduct is formally charged by the government. The judge will consider all relevant conduct at the time of sentencing even though you are pleading guilty to fewer than all counts in the Indictment or Information. Do you understand this? Yes __X__ No ___

27.   Also, there is no limitation placed on the information the judge can consider at the time of sentencing concerning your background, character, and conduct so long as the information is reliable. The judge will take all of these factors into consideration in determining an appropriate sentence. Do you understand this? Yes __X__ No ___

28.	If the judge orders a presentence investigation, a U.S. Probation Officer will be assigned to conduct a thorough investigation and prepare a presentence report for the judge's use. Do you understand that if you lie to the U.S. Probation Officer, or if you cause others to lie on your behalf, this can be considered by the judge and may increase the range of sentence calculated under the advisory Sentencing Guidelines? Yes  _X_  No  ___

29.	Your history of prior criminal convictions will be used to compute your Criminal History Category under the Sentencing Guidelines.  If you have prior felony convictions which were imposed or for which you have served time within the past 15 years, your Criminal History Category may be increased.  Similarly, if you have received misdemeanor convictions within the past 10 years, your Criminal History Category may be increased.  Certain exceptions may apply in your case that would exclude a conviction from the Criminal History Category computation. Nonetheless, do you understand your prior criminal history has a direct impact on the calculation of the sentencing range under the advisory Sentencing Guidelines? Yes  _X_  No  ___

30.	Do you understand if you committed the present offense(s) while you were on probation, parole, supervised release, or escape status, this will increase the number of points assessed in your criminal history computation.  If this increases your Criminal History Category, do you understand it may increase the range of sentence calculated under the advisory Sentencing Guidelines? Yes  _X_  No  ___

31.	Do you understand if this offense is a crime of violence or a drug trafficking offense, and if you have two prior felony convictions of either a crime of violence or a drug trafficking offense, you could be sentenced as a career criminal offender which would increase the sentence you receive? Yes  ___  No  ___  Not Applicable  _X_

32.	The maximum sentence for the offense(s) to which you want to plead guilty is the statutory maximum set out in ¶¶ 19, 20 and 21 above.  If you are pleading guilty to more than one count, you could receive the maximum sentence on each count of conviction running consecutively (C/S). *See* USSG § 5G1.2. Do you understand this? Yes  _X_  No  ___

33.	In certain cases, the law requires the judge to impose a mandatory minimum term of imprisonment. Before the judge may impose a sentence below a mandatory minimum term, the United States Attorney must file a motion recommending a lesser sentence. The United States Attorney has the discretion to file such a motion if the person

provides substantial assistance in the investigation or prosecution of another person. Do you understand this? Yes __X__ No ____ Not Applicable ____

34.    If you cooperate and provide substantial assistance to investigating authorities, the United States Attorney has the discretion to file a motion requesting that the judge impose a sentence below the range of sentence calculated under the advisory Sentencing Guidelines. Do you understand this? Yes __X__ No ____

35.    Parole is not available in the federal system.  If you are sentenced to a term of imprisonment, you will serve the entire time imposed (less any earned good time credits that may be applied to reduce the amount of time you actually serve).  The maximum amount of credit you may receive against your sentence will be determined by the Bureau of Prisons and is limited by statute [18 U.S.C. § 3624].  Do you understand this? Yes __X__ No ____

36.    If at least one year of imprisonment is ordered in your case, the judge may also impose a term of supervised release, which you will begin serving after you are released from custody.  For certain offenses, a term of supervised release is mandatory.  During any term of supervised release, you will be subject to conditions that will include refraining from any additional violations of local, state or federal law, reporting requirements, travel and residence restrictions, and testing for controlled substance use.  If you violate the conditions of your supervised release, the judge may revoke your supervised release and sentence you to an additional term of imprisonment.  This additional term of imprisonment would be served without credit for the time you successfully spent on supervised release.  Do you understand this? Yes __X__ No ____

       The judge has the discretion to impose another term of supervised release, to be served after you serve your sentence for violating the first term of supervised release. If you violate your supervised release again, you can be sentenced to serve more time, followed by more supervised release, at the discretion of the judge.  Under certain circumstances there is no limit to the number of times supervised release can be revoked and another term of supervised release imposed.  Do you understand this? Yes __X__ No ____

37.    In some circumstances, the judge may decide that your case warrants imposing a sentence with conditions other than incarceration for the full term of the sentence. Options available to the judge include probation, home confinement, community confinement, electronic monitoring, intermittent confinement, or a combination of any of these. Do you understand this? Yes __X__ No ____

38.    If you plead guilty to a federal sex offense, you may be subject to state laws requiring the registration of sex offenders.  Do you understand this?
Yes ___  No ___  Not Applicable _X_

**E.    VOLUNTARY NATURE OF PLEA**

39.    Are your plea(s) of GUILTY and the waivers of your rights made voluntarily and completely of your own free choice, free of any force or threats or pressures from anyone? Yes _X_  No ___

40.    (a)    Have you entered into a plea agreement with the government?
Yes _X_  No ___

(b)    If so:

Is this a conditional plea pursuant to Fed. R. Crim. P. 11(a)(2) that reserves certain rights to appeal?  Yes ___  No _X_

If yes, what issues are reserved for appeal? _____
_____
_____

Have you read the plea agreement or had the plea agreement read to you?   Yes _X_  No __

Have you had enough time to discuss the plea agreement with your attorney?  Yes _X_  No ___

Were all the terms of the plea agreement explained to you, including any waivers of your rights?  Yes _X_  No ___

Do you understand all of the terms of the plea agreement, including the waivers of your rights?  Yes _X_  No___

(c)    What are your reasons for making that agreement?
Because I am guilty and I want to resolve my case and put this behind me.
_____
_____

(d)     If your plea of GUILTY involves a plea agreement, do you understand that the judge can reject the plea agreement after completion of the presentence investigation if the judge finds that the plea agreement is not in the interests of justice?  Yes  _X_  No ___

41.     Has any promise been made by anyone that causes you to plead GUILTY aside from the plea agreement, if any, set out in your answer to question 40?  Yes ___ No  _X_
        If yes, what promise has been made and by whom?

        _____
        _____

42.     (a)     Has any officer, attorney or agent of any branch of government (federal, state or local) promised or predicted that you will receive a lighter sentence, or probation, or any other form of leniency if you plead GUILTY?
        Yes ___ No  _X_

        (b)     Do you understand no one has any authority to make any such promise or prediction on your sentence because the matter of sentencing is exclusively within the control of the judge and no one else?  Yes  _X_  No ___

43.     Has the judge made any suggestion as to what the actual sentence will be?
        Yes ___ No  _X_

44.     Are you pleading GUILTY  because you are guilty?  Yes  _X_  No ___

45.     Is there any other information or advice that you want before you enter a plea?
        Yes ___ No  _X_

## F.     CONCLUSION/FACTUAL BASIS

46.     Has your attorney reviewed and discussed with you all of these questions and your answers to them?  Yes  _X_     No

47.     Do you understand all of these questions?  Yes  _X_  No ___

        If not, which questions do you not understand?

        _____
        _____

48.   (a)   Do you now want to plead GUILTY? Yes  X   No ___

      (b)   Are you GUILTY? Yes  X   No ___

49.   State what you did to commit the offense(s) to which you are now pleading GUILTY. On October 10, 2018, in Oklahoma City, I possessed approximately 85 counterfeit magnetic stripe cards encoded with stolen account information and used cards to make fraudulent withdrawals at banks.  My actions affected interstate commerce.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I understand that if I have knowingly and intentionally made any false answers in this Petition to Enter Plea of Guilty, my answers may be used against me in another prosecution for perjury or making a false statement.

Signed by me and affirmed to be true under penalty of perjury in the presence of my attorney on this ___ day of _Novewber_ , 20_18_ .

/s/ Dragos Constantin Badea
Defendant

## CERTIFICATE OF DEFENSE COUNSEL

I, as attorney for the defendant,  _Dragos Constantin Badea_ , hereby certify:

1.   I have read and fully explained to the defendant the allegations contained in the Indictment or Information in this case.

2.   To the best of my knowledge and belief the statements, representations, and declarations made by the defendant in this Petition to Enter Plea of Guilty are in all respects accurate and true.

3.   The plea of guilty offered by the defendant to Count(s) ____1____ accords with my understanding of the facts the defendant has related to me, is consistent with my advice to the defendant, and in my opinion is knowingly and voluntarily made.

4.   I assure the Court that I have advised the defendant about the applicable sentencing procedures, including procedures under the Sentencing Guidelines, and I have explained to the defendant the potential consequences of a plea of guilty in light of the questions and concerns set forth in Sections C and D of this Petition.

Signed by me in the presence of the defendant and after full discussion of the contents of this certificate with the defendant, this ___ day of _Nov_ , 20_18_ .

/s/ Paul Antonio Lacy
Attorney for Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>CERTIFICATE OF PROSECUTING ATTORNEY</u>

As attorney for the government, I hereby certify:

1.    I have read and fully discussed with defense counsel the allegations contained in the Indictment or Information in this case.

2.    I have also reviewed this Petition to Enter Plea of Guilty and find it to be in accordance with my knowledge of the defendant and this case.

3.    In my judgment, acceptance of the defendant's plea(s) of guilty to the charge(s) in question will not undermine the statutory purposes of sentencing.

Signed by me this __9th__ day of __November_____, 2018__.

/s/ *Charles W. Brown*
Attorney for the Government

ÎN TRIBUNALUL FEDERAL AL STATELOR UNITE DIN
DISTRICTUL DE VEST AL STATULUI OKLAHOMA

| | |
|---|---|
| STATELE UNITE ALE AMERICII, ) | |
| Reclamant, ) | DOSAR NR. CR-18-279-G |
| v. ) | |
| ) | |
| DRAGOS BADEA, , ) | |
| ) | |
| Inculpat. ) | |

## PETIȚIE PENTRU INTRODUCEREA UNEI PLEDOARII DE VINOVĂȚIE

Inculpatul declară în fața Instanței că inculpatul dorește să introducă pledoaria de VINOVĂȚIE față de următoarele capete de acuzare ale Rechizitoriului sau ale Înștiințării de urmărire penală:        1

În legătură cu această pledoarie de VINOVĂȚIE, subsemnatul,  DRAGOS BADEA, inculpatul din acest dosar, informez Instanța, sub incidența legii care condamnă sperjurul și pe propria răspundere și cu bună credință, că am discutat aceste aspecte cu avocatul meu și că răspunsurile la întrebările de mai jos sunt adevărate și corecte.

**A.    ÎNTREBĂRI DE FOND**

Înainte ca Instanța să poată accepta pledoaria dvs. de vinovăție, Instanța necesită anumite informații de fond despre dvs. și despre acest dosar. Întrebările din această secțiune au acest scop.

1.    (a)    Care este numele dvs.?    DRAGOS CONSTANTIN BADEA

(b)    Ce vârstă aveți?        40

2.    La ora actuală, aveți un loc de muncă? Da ___  Nu  X
Dacă da, care este numele, adresa și numărul de telefon al angajatorului dvs.?

3.    Care este nivelul dvs. de educație?  DOISPREZECE ANI

4.   Ați beneficiat vreodată de asistență sau tratament medical pentru dependență la droguri și/sau abuz de alcool? Da _____ Nu  X

[Dacă da, înainte de audierea privind Petiția de introducere a pledoarie de vinovăție, avocatul inculpatului va depune la căsuța poștală a judecătorului o listă de date, locații și tipuri de tratamente de care a beneficiat inculpatul.]

5.   Ați beneficiat vreodată de asistență medicală sau tratament pentru o afecțiune psihică sau emoțională? Da _____ Nu  X

[Dacă da, înainte de audierea privind Petiția de introducere a pledoariei de vinovăție, avocatul inculpatului va depune la căsuța poștală a judecătorului o listă de date, locații și tipuri de tratamente de care a beneficiat inculpatul.]

6.   (a) Ați consumat droguri, alcool sau medicamente ce vă afectează în prezent capacitatea de a gândi clar sau de a înțelege și răspunde la întrebările din această Petiție de introducere a pledoariei de vinovăție? Da _____ Nu  X

     (b)   Vi s-au prescris medicamente pe care nu le luați în prezent conform instrucțiunilor? Da _____ Nu  X
           Dacă da, faptul că nu luați medicamentele conform instrucțiunilor vă afectează capacitatea de a gândi clar și de a înțelege și răspunde la întrebările din această Petiție de introducere a pledoariei de vinovăție? Da _____ Nu _____

7.   Dacă vă reprezintă un avocat în acest dosar, care este numele avocatului?
                    PAUL ANTONIO LACY

8.   Dacă aveți avocat, ați avut suficient timp să discutați cu avocatul dvs. despre dosarul dvs.? Da  X  Nu _____

9.   Dacă aveți avocat, i-ați spus avocatului dvs. tot ceea ce știți despre dosarul dvs.? Da  X  Nu _____

10.  Dacă aveți avocat, sunteți mulțumit cu serviciile prestate de avocatul dvs.? Da  X  Nu _____

11.  Înțelegeți care sunt acuzațiile împotriva dvs.? Da  X   Nu _____

## B.   DREPTURI CONSTITUȚIONALE - RENUNȚĂRI

Înainte ca Instanța să poată accepta pledoaria dvs. de vinovăție, este important să înțelegeți că veți renunța la multe drepturi constituționale importante prin introducerea unei pledoarii de vinovăție. Întrebările din această secțiune sunt menite să vă informeze cu privire la aceste drepturi.

12.   Înțelegeți că aveți dreptul să pledați NEVINOVAT față de fiecare capăt de acuzare adus împotriva dvs.? Da   X   Nu _____

13.   Înțelegeți că dacă pledați NEVINOVAT aveți următoarele drepturi constituționale:

   (a)   dreptul la un proces rapid și public cu juriu?
         Da   X   Nu _____

   (b)   dreptul de a avea avocat în toate fazele de procedură, și dacă nu vă puteți permite să angajați un avocat, vi se va acurda un avocat din oficiu care să vă reprezinte? Da   X   Nu _____

   (c)   dreptul de a vedea și de a audia toți martorii citați să depună mărturie împotriva dvs., precum și dreptul de a-i chestiona?
         Da   X   Nu _____

   (d)   dreptul de a utiliza autoritatea de citare a Instanței pentru a obliga prezența martorilor la proces. și prezentarea altor probe?
         Da   X   Nu _____

   (e)   dreptul de a nu fi obligat să vă incriminați singur prin depunerea de mărturie; și dreptul de a nu se trage nicio concluzie de vinovăție în cazul în care nu depuneți mărturie? Da   X   Nu _____

   (f)   dreptul de beneficia de prezumția de nevinovăție până când procuratura vă dovedește vinovăția dincolo de orice îndoială rezonabilă prin acordul unanim al tuturor celor doisprezece membri ai juriului? Da  X   Nu _____

14.   Înțelegeți că dacă pledați VINOVAT veți fi declarat vinovat fără un proces și va trebui să renunțați la toate drepturile de mai sus, cu excepția dreptului de a avea avocat?
      Da   X   Nu _____

OKWD Plea Petition (9/12) (translated in Romanian 10/17)

15.   Înțelegeți că dacă pledați VINOVAT pentru un delict penal (în engleză, „felony"), acest lucru poate să vă priveze de o serie de drepturi civile importante, inclusiv dreptul de vot, dreptul de a avea o funcție publică, dreptul de a servi într-un juriu, dreptul de a poseda orice fel de arme de foc, instrumente de distrugere sau muniție, și este posibil să vă afecteze eligibilitatea de a primi anumite beneficii guvernamentale?
Da _____ Nu _____ Nu este cazul  X

16.   Dacă nu sunteți cetățean al Statelor Unite, pledoaria de vinovăție vă poate afecta statutul de imigrație. Pledoaria de vinovăție poate duce la deportarea sau expulzarea dvs. din Statele Unite, poate să ducă la interzicerea pentru totdeauna a re-intrării dvs. legale sau a rămânerii dvs. legale în Statele Unite, și poate duce la respingerea naturalizării. Deportarea este obligatorie pentru anumite ofense, inclusiv majoritatea ofenselor legate de substanțe controlate. Este posibil să fiți deportat din Statele unite chiar dacă sunteți rezident legal și chiar dacă ați locuit legal în Statele Unite timp de mulți ani. Înțelegeți?
Da  X  Nu _____ Nu este cazul _____

## C.   IMPUNEREA SENTINȚEI - GENERAL

Înainte ca Instanța să poată accepta pledoaria dvs. de vinovăție, este important ca dvs. să înțelegeți anumite aspecte ale procesului de impunere a sentinței. Întrebările din această secțiune au acest scop.

17.   Înțelegeți că dacă pledați VINOVAT, sentința maximă statutară pe care judecătorul o poate impune rămâne aceeași ca și în cazul în care ați fi pledat NEVINOVAT și ați fi fost condamnat de un juriu? Da  X  Nu _____

18.   Știți că sentința pe care o veți primi este în totalitate la latitudinea judecătorului?
Da  X  Nu _____

19.   (a)   Care este sentința maximă prevăzută de lege pentru ofensa/ofensele față de care doriți să pledați VINOVAT?

Pana la zece ani în închisoare si un avans de pâna la 250.000 de dolari

_____
_____
_____
_____

(b)   Există o sentință minimă obligatorie prevăzută de lege pentru ofensa/ofensele față de care doriți să pledați VINOVAT? Da  X   Nu ____ Dacă da, care este aceasta?

_____

_____

(c)   Pentru anumite ofense, după ce o persoană este eliberată din detenție, trebuie impusă o perioadă de eliberare sub control judiciar.  Există o perioadă obligatorie de eliberare sub control judiciar pentru ofensa/ofensele față de care doriți să pledați VINOVAT? Da ____ Nu  X   Dacă da, care este perioada maximă obligatorie?

_____

Pentru toate celelalte ofense, judecătorul poate, la latitudinea judecătorului, să impună o perioadă de eliberare sub control judiciar care va trebui să fie executată imediat după eliberarea persoanei din detenție. Care este perioada maximă de eliberare sub control judiciar care ar putea fi impusă în acest caz?

TREI ANI

_____

_____

_____

Care este perioada maximă de detenție care ar putea fi impusă dacă vi s-ar revoca eliberarea sub control judiciar?

DOI ANI

_____

_____

_____

(d)   Veți renunța la anumite bunuri în favoarea autorităților de stat ale Statelor Unite în urma pledoariei dvs. de vinovăție? Da ____ Nu  X   Dacă da, ce bunuri?

_____

_____

OKWD Plea Petition (9/12) (translated in Romanian 10/17)

20. Dacă pledați VINOVAT, este posibil ca judecătorul să vă oblige să efectuați restituire în favoarea oricăror victime ale ofensei [Codul Penal al Statelor Unite, Legea 18, secțiunile 3663 și 3664]. Dacă pledați VINOVAT față de o ofensă care a avut loc până la și inclusiv pe data de 24 aprilie 1996 și dacă ofensa se încadrează în anumite categorii de ofense, inclusiv ofense în legătură cu proprietatea și ofense violente, în mod normal judecătorul este obligat să vă impună plata restituirii față de orice victimă a unei ofense [Codul Penal al SUA, Legea 18, secțiunea 3663A]. De asemenea, în anumite situații, legea identifică anumite categorii de persoane sau organizații care este posibil să aibă dreptul la restituire. Restituirea este o obligație continuă care nu dispare până când este achitată complet. Cu alte cuvinte, este posibil ca Statele Unite să continue să încerce să obțină restituirea de la dvs., chiar după executarea sentinței cu detenție sau supraveghere. Înțelegeți toate acestea?
Da  X  Nu ____

21. Judecătorul trebuie să vă impună plata unei amenzi speciale pentru fiecare capăt de acuzare pentru care introduceți o pledoarie de vinovăție. Suma acestei amenzi speciale este diferită pentru infracțiuni sau contravenții [Codul Penal al Statelor Unite, Legea 18, Secțiunea 3013]. În cazul dvs., având în vedere fiecare ofensă pentru care doriți să pledați vinovat, suma totală a taxei speciale este de       $100.00       USD. Aceastá sumă va fi scadentă la momentul impunerii sentinței. Înțelegeți acest lucru? Da    X  Nu ____

22. Dacă vă aflați în regim de probațiune sau eliberare condiționată împus de această instanță sau o altă instanță, știți că pledând VINOVAT în acest dosar, probațiunea sau eliberarea dvs. condiționată poate fi revocată, iar dvs. este posibil să trebuiască să executați o pedeapsă în urma acelei revocări în plus față de orice sentință ce vi se va impune în acest dosar? Da  X   Nu ____

23. Înțelegeți că, în anumite circumstanțe, un judecător federal poate ordona ca o sentință federală cu închisoarea să fie executată în același timp cu o sentință de stat cu închisoarea? Da  X  Nu ____

24. Înțelegeți că dacă sunteți condamnat de încălcarea Legii 18, Codul Penal al Statelor Unite, Secțiunea 924(c), perioada de detenție impusă pentru acea condamnare nu poate fi executată în mod concomitent cu orice altă sentință cu închisoarea?
Da ____ Nu ____ Nu este cazul   X

**D.    NORMELE DE SENTINȚĂ ȘI ALTE CONSIDERENTE CU PRIVIRE LA IMPUNEREA SENTINȚEI**

25.    La stabilirea unei sentințe adecvate pentru o infracțiune federală, judecătorul trebuie să ia în considerare Normele de sentință elaborat de Comisia Statelor Unite pentru impunerea sentinței. Normele de sentință au un caracter consultativ și nu sunt obligatorii. Judecătorul trebuie să ia în considerare impunerea unei sentințe în limitele intervalului stabilit de Normele de sentință, însă judecătorul poate să impună o sentință care să fie peste sau sub acel interval. Înțelegeți acest lucru? Da  X  Nu _____

26.    La calcularea intervalului sentinței, în conformitate cu Normele de sentință, judecătorul va lua în considerare toate comportamentele, circumstanțele și pagubele aferente comportamentului dvs. penal, indiferent dacă acest comportament este sau nu inclus în capetele de acuzare prezentate de guvern.  Judecătorul va lua în considerare toate comportamentele relevante la momentul sentinței, chiar dacă dvs. nu pledați vinovat față toate capetele de acuzare din Rechizitoriu sau din Înștiințarea de urmărire penală. Înțelegeți acest lucru? Da  X  Nu _____

27.    De asemenea, nu există nicio în privința informațiilor pe care judecătorul le poate lua în considerare la momentul sentinței, în ceea ce privește istoricul, caracterul și comportamentul dvs., atâta timp cât informațiile sunt de încredere. Judecătorul va lua toți acești factori în considerare la determinarea unei sentințe adecvate. Înțelegeți acest lucru? Da  X  Nu _____

28.    Dacă judecătorul impune efectuarea unei anchete înaintea sentinței, un Ofițer de probațiuni al Statelor Unite va fi însărcinat să efectueze o anchetă amănunțită și un raport înaintea sentinței pentru uzul judecătorului. Înțelegeți că dacă îl mințiți pe Ofițerul de probațiune al Statelor Unite, sau dacă determinați alte persoane să mintă în beneficiul dvs., acest lucru poate fi luat în considerare de judecător și poate să mărească intervalul sentinței calculat în conformitate cu Normele consultative de sentință? Da  X  Nu _____

29.    Cazierul dvs. judiciar va fi utilizat pentru a vă calcula Categoria de antecedente penale în conformitate cu Normele de sentință. Dacă aveți decizii de condamnare penală anterioare sau pentru care ați executat o pedeapsă cu închisoarea în ultimii 15 ani, este posibil ca încadrarea dvs. în Categoria de antecedente penale să se facă la o categorie superioară. În mod similar, dacă aveți condamnări contravenționale în ultimii 10 ani, este posibil ca încadrarea dvs. în Categoria de antecedente penale să se facă la o categorie superioară. Este posibil să se aplice anumite excepții în cazul dvs., excepții care ar putea exclude o condamnare din calculul Categoriei de antecedente penale. Cu toate acestea, înțelegeți că antecedentele dvs. penale au un impact direct asupra calculelor intervalului de sentință efectuat în conformitate cu Normele consultative de sentință?
Da  X  Nu _____

30. Înțelegeți dacă ați comis prezentul(ele) delict(e) în timp unei perioade de probațiune, eliberare condiționată, eliberare sub control judiciar, sau în stare de evadare, acest lucru va duce la creșterea numărului de puncte evaluate în calculul atecedentelor dvs. penale. Dacă acest lucru vă încadrează într-o categorie superioară de antecedente penale, înțelegeți că este posibil să vă crească și intervalul sentinței calculat în conformitate cu Normele consultative de sentință? Da  X    Nu ＿＿

31. Înțelegeți că dacă acest delict este o infracțiune cu violență sau un delict în legătură cu traficul de droguri, și dacă dvs. aveți două condamnări penale precedente fie pentru un delict cu violență, fie pentru un delict în legătură cu traficul de droguri, este posibil ca la impunerea sentinței să fiți considerat infractor recidivist, ceea ce v-ar putea mări sentința primită? Da ＿＿ Nu ＿＿ Nu este cazul  X

32. Sentința maximă pentru delictul(ele) pentru care doriți să pledați vinovat, este maximul statutar stabilit la aliniatele 19, 20 și 21 de mai sus. Dacă pledați vinovat la mai mult de un capăt de acuzare, este posibil să primiți o sentință maximă pentru fiecare capăt de acuzare al condamnării ce trebuie executate consecutiv (C/S). *Vezi* USSG § 5G1.2. Înțelegeți acest lucru? Da  X   Nu ＿＿＿

33. În anumite cazuri, legea obligă pe judecători să impună o perioadă minimă de detenție obligatorie. Înainte ca judecătorul să poată impune o sentință mai scurtă decât perioada minimă obligatorie, Procurorul Statelor Unite trebuie să depună o moțiune ce recomandă o sentință mai scurtă. Procurorul Statelor Unite are discreție în decizia de a depune o astfel de moțiune dacă persoana oferă asistență substanțială în ancheta sau urmărirea penală a altei persoane. Înțelegeți acest lucru? Da  X   Nu ＿＿ Nu este cazul ＿＿

34. Dacă cooperați cu autoritățile de urmărire penală și le furnizați asistență substanțială, Procurorul Statelor Unite are discreția în decizia de a depune o moțiune solicitând judecătorului să impună o sentință mai scurtă decât intervalul de sentință calculat în conformitate cu Normele consultative de sentință. Înțelegeți acest lucru? Da X   Nu ＿＿

35. Eliberarea condiționată nu este disponibilă în sistemul federal. Dacă primiți o sentință cu o perioadă de detenție, veți executa întreaga perioadă impusă (mai puțin creditele câștigate pentru bună purtare ce pot să fie utilizate pentru a reduce perioada de detenție pe care o executați). Numărul maxim de credite de care puteți beneficia în contul sentinței dvs. va fi stabilită de Biroul de Penitenciare și este limitat prin lege [Codul Penal al Statelor Unite, Legea 18, articolul 3624]. Înțelegeți acest lucru? Da  X   Nu ＿＿

36. Dacă în cazul dvs. se impune o pedeapsă cu închisoarea de cel puțin un an, judecătorul poate de asemenea să impună o perioadă de eliberare sub control judiciar pe care veți începe să o executați după eliberarea din detenție. Pentru anumite delicte, este obligatorie perioada de eliberare sub control judiciar. În timpul oricărei perioade de supraveghere, va trebui să respectați anumite condiții,

care vor include neîncălcarea altor legi locale, de stat sau federale, obligații de raportate, restricții de călătorie și reședință, și testare pentru utilizarea substanțelor controlate. Dacă încălcați condițiile eliberării dvs. sub control judiciar, este posibil ca judecătorul să vă revoce eliberarea sub supraveghere și să vă impună o nouă sentință cu închisoarea. Această nouă perioadă de detenție va fi executată fără a lua în considerare sub formă de credit, perioada executată cu succes în timpul eliberării sub supraveghere. Înțelegeți acest lucru? Da X  Nu ____

Judecătorul are discreția de a impune o altă perioadă de eliberare sub control judiciar, ce va trebui executată după ce vă executați sentința pentru încălcarea primei perioade de eliberare sub control judiciar. Dacă încălcați din nou eliberarea sub control judiciar, este posibil să primiți o nouă sentință cu detenție, urmată de o nouă perioadă de eliberare sub control judiciar, la discreția judecătorului. În anumite circumstanțe nu există nicio limită a cazurilor în care eliberarea sub control judiciar să poată fi revocată și o altă perioadă de eliberare sub control judiciar să fie impusă. Înțelegeți acest lucru? Da  X  Nu ____

37.  În anumite circumstanțe, judecătorul poate să decidă că dosarul dvs. necesită o sentință cu alte condiții decât detenția pentru întreaga perioadă a pedepsei. Opțiunile disponibile pentru judecător sunt probațiunea, arestul la domiciliu, detenția comunitară, monitorizarea electronică, detenția intermitentă, sau o combinație a acestor metode. Înțelegeți acest lucru? Da X   Nu ____

38.  Dacă pledați vinovat pentru un delict federal de natură sexuală, este posibil să fiți sub incidența legilor de stat ce obligă înregistrarea infractorilor sexuali. Înțelegeți acest lucru? Da ____ Nu ____ Nu este cazul  X

## E.    NATURA VOLUNTARĂ A PLEDOARIEI

39.  Pledoaria/pledoariile dvs. de VINOVĂȚIE și renunțările la drepturile dvs. sunt voluntare și efectuate de bună voie, fără a fi forțat, amenințat sau constrâns de cineva? Da  X  Nu ____

40.  (a)   Ați semnat un acord de recunoaștere a vinovăției cu procuratura?
           Da  X  Nu ____

     (b)   Dacă da:

           Este aceasta o pledoarie condițională în conformitate cu Codul federal de procedură penală 11(a)(2) care rezervă anumite drepturi pentru recurs?
           Da ____ Nu  X

Dacă da, ce aspecte se rezervă pentru recurs? _____

_____

Ați citit acordul de recunoaștere a vinovăției, sau vi s-a citit acordul de recunoaștere a vinovăției? Da  X   Nu _____

Ați avut la dispoziție timpul necesar pentru a discuta acordul de recunoaștere a vinovăției cu avocatul dvs.? Da   X   Nu _____

Vi s-au explicat termenii acordului de recunoaștere a vinovăției, inclusiv orice renunțări la drepturile dvs.? Da  X   Nu _____

Înțelegeți termenii acordului de recunoaștere a vinovăției, inclusiv orice renunțări la drepturile dvs.? Da   X   Nu _____

(c)   Care sunt motivele pentru care faceți acest acord?

Pentru că sunt vinovat și vreau să-mi rezolv cazul și să-mi pun asta în spatele meu

(d)   Dacă pledoaria dvs. de VINOVĂȚIE include un acord de recunoaștere a vinovăției, înțelegeți că judecătorul poate să respingă acordul de recunoaștere a vinovăției după finalizarea anchetei înaintea sentinței dacă judecătorul decide că acordul de recunoaștere a vinovăției nu este în interesul justiției? Da  X   Nu _____

41.   Vi s-a făcut vreo promisiune, de către orice persoană, care să vă determine să pledați VINOVAT în afara de acordul de recunoaștere a vinovăției, dacă există, în conformitate cu răspunsul dvs. la întrebarea 40? Da _____ Nu  X

Dacă da, ce promisiune vi s-a făcut și de către cine?

_____

_____

42.   (a)  V-a promis sau prezis un ofițer, avocat sau agent al oricărei ramuri a guvernului (federal, de stat sau local) că veți primi o sentință mai ușoară, sau probațiune, sau orice formă de clemență, dacă pledați VINOVAT?

Da _____ Nu  X

(b)  Înțelegeți că nimeni nu are nicio autoritate să facă nicio astfel de promisiune sau prezicere cu privire la sentința dvs., pentru că impunerea sentinței este în exclusivitate în controlul judecătorului și al nimănui altcineva? Da  X   Nu _____

43.  A făcut judecătorul vreo sugestie cu privire la care va fi cuantumul sentinței?
Da _____ Nu  X

44.  Pledați VINOVAT pentru că sunteți vinovat? Da X   Nu _____

45.  Doriți și alte informații sau sfaturi înainte de a introduce pledoaria?
Da _____ Nu  X

F.   <u>CONCLUZIE/BAZA FACTUALĂ</u>

46.  A discutat și analizat avocatul dvs., împreună cu dvs., aceste întrebări și răspunsurile lor?
Da X   Nu _____

47.  Înțelegeți toate aceste întrebări? Da  X   Nu _____

Dacă nu, ce întrebări nu înțelegeți?

_____

48.  (a)   Doriți acum să pledați VINOVAT? Da X   Nu _____

(b)   Sunteți VINOVAT? Da X   Nu _____

49.  Spuneți ce ați făcut ca șă comiteți delictul/delictele pentru care acum pledați VINOVAT.

Pe 10 octombrie 2018, în Oklahoma City, aveam aproximativ 85 de carduri
de dungi magnetice contrafacute codificate cu informații de cont furate și
carduri folosite pentru a face retrageri frauduloase la bănci.  Acțiunile mele
au afectat comerțul interstatal.
_____
_____
_____
_____
_____
_____
_____
_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Înțeleg că dacă am dat orice răspunsuri false, în cunoștință de cauză și intenționat, în această Petiție pentru introducerea unei pledoarii de vinovăție, răspunsurile mele pot fi folosite împotriva mea într-o altă urmările penală pentru sperjur sau fals în declarații.

Subsemnatul declară sub semnătură că este adevărată, sub incidența legii care condamnă sperjurul, în prezența avocatului meu, astăzi   Nov ,  8   , 20  18

Inculpat

## CERTIFICAREA AVOCATULUI APĂRĂRII

Subsemnatul, în calitate de avocat al inculpatului,   Dragos Constantin Badea   , certific prin prezenta că:

1.    Am citit inculpatului și am explicat în întregime acuzațiile din Rechizitoriu sau din Înștiințarea de urmărire penală din acest dosar.

2.    Declar cu bună credință, pe propria răspundere că afirmațiile, faptele prezentate și declarațiile făcute de inculpat în această Petiție pentru introducerea unei pledoarii de vinovăție sunt corecte și adevărate din toate punctele de vedere.

3.    Pledoaria de vinovăție oferită de inculpat față de Capătul/Capetele de acuzare   One   este conformă cu înțelegerea pe care o am față de faptele care mi-au fost relatate de către inculpat, este conformă cu sfatul pe care l-am dat inculpatului, și în opinia mea, este efectuată în cunoștință de cauză și în mod voluntar.

4.    Asigur Instanța că am informat inculpatul cu privire la procedurile aplicabile de impunere a sentinței, inclusiv procedurile în baza Normelor de sentință, și că i-am explicat inculpatului posibilele consecințe ale unei pledoarii de vinovăție din perspectiva întrebărilor și aspectelor exprimate în Secțiunile C și D ale acestei Petiții.

Semnată de mine în prezența inculpatului și după o discuție completă a conținutului acestui certificat împreună cu inculpatul, astăzi   Nov 8, 20  18

Avocatul Inculpatului

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICAREA PROCURORULUI DE CAZ

Subsemnatul, în calitate de procuror, certific prin prezenta că:

1.      Am citit și am discutat în întregime cu avocatul apărării acuzațiile din Rechizitoriu sau din Înştiinţarea de urmărire penală din acest dosar.

2.      De asemenea, am analizat această Petiție de introducere a unei pledoarii de vinovăţie și consider că este conformă cu cunoștințele mele despre inculpat și despre acest dosar.

3.      În opinia mea, acceptarea pledoariei/pledoariilor de vinovăţie ale inculpatului pentru capătul/capetele de acuzare avute în vedere, nu va submina scopurile statutare ale impunerii sentinței.

Semnată de mine astăzi, _____, 20____.

_____

Procuror