# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**VS.**　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　**Case Number: CR-18-279-G**
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**Dragos Constantin Badea**　　　　　　)
**Defendant**　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

## INTERPRETER'S WRITTEN OATH

　　　　ON MY WORD OF HONOR, AS OFFICIAL COURT INTERPRETER AND OFFICER OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, I _____**Chris Hoble**_____, swear (or affirm) to be true to the Code of Ethics of my profession, and to discharge faithfully the following solemn duties and obligations.

　　　　I WILL interpret accurately and faithfully to the best of my ability. I will convey the true meaning of the words, phrases, and statements of the speaker(s), and I will pay special attention to variations of the target language due to educational, cultural and regional differences.

　　　　I WILL never interject my own words, phrases, or views, and if the need arises to paraphrase any statements in order to convey the proper meaning, I will do so only after the presiding judicial officer has granted permission.

　　　　I WILL familiarize myself with the case as much as possible prior to going into the courtroom. I will inquire whether the language in the case will involve terminology of a technical nature or a particular vernacular that would require special preparation. I will study the indictments or charges to avoid possible interpretation problems during formal court proceedings.

　　　　I WILL speak in a clear, firm, and well modulated voice, and when using inflections, I will be particularly careful not to allow them to be interpreted as partiality. I will employ the techniques of interpretation best suited to the situation at hand or according to the needs or wishes of those utilizing my services.

　　　　I WILL maintain an impartial attitude during the course of interpreting and will guard any confidential information entrusted to me. I will not discuss the testimony or the merits of the case under any circumstances, with anyone, particularly not with those for whom I interpret.

　　　　I WILL attempt to establish rapport with the persons needing my services and will explain to them my position as an impartial officer of the court, serving both the court and the individuals involved in the case. I will also inquire whether any person involved suffers from a hearing impairment or any physical or psychological problem that could interfere with the effectiveness of my services, and I will make adjustments accordingly.

　　　　I WILL adopt a conservative manner of dress and conduct in upholding the dignity of the court and of my profession, particularly when attention is upon me in the courtroom. I will familiarize myself thoroughly with all the local court rules and I will abide by them.

　　　　I WILL strive constantly to improve my knowledge of legal terminology in English and in the language I interpret, and to be familiar with general courtroom procedures, so that in addition to interpreting, I may, when time and conditions permit and with the permission of the presiding judicial officer, explain to those for whom I interpret what is occurring in the courtroom.

I WILL be personally responsible for having the proper dictionaries and other linguistic reference materials readily available for consultation when needed.

So help me God.

Thursday, June 27, 2019
Date

INTERPRETER