UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DRAGOS CONSTANTIN BADEA,<br>Defendant.<br><br>and<br><br>WELLS FARGO BANK, N.A.,<br>and its successors or assigns,<br>Garnishee. | Case No. CR-18-279-G |

## APPLICATION FOR POST-JUDGMENT
## WRIT OF GARNISHMENT

Plaintiff, United States of America, hereby requests the Court pursuant to 28 U.S.C. § 3205 to issue a Writ of Garnishment directed to: **Wells Fargo Bank, N.A., Attn: Legal Order Processing, 5377 W. Centinela Ave., Los Angeles, CA 90045.**

Based on information and belief, the United States believes that the Garnishee has possession, custody or control of property in which Defendant has a substantial nonexempt interest, **including an interest in checking accounts, savings accounts, certificates of deposits, individual retirement accounts, and/or other investment accounts.** The name and address of the Garnishee or its authorized agent is:

**Wells Fargo Bank, N.A.
Attn: Legal Order Processing
5377 W. Centinela Ave.
Los Angeles, CA 90045**

In support of its Application, the United States would show the Court as follows:

1

| | |
|---|---|
| Defendant's Name: | Dragos Constantin Badea |
| Last Known Address: | CI Giles W. Dalby, 32387-064<br>805 North Avenue F<br>Post, TX 79356 |
| Date of Judgment: | June 27, 2019 |
| Nature of Judgment: | Criminal Judgment |
| Judgment Amount: | $28,514.50 |
| Current Principal: | $28,514.50 |
| Amount of Post-Judgment Interest Accrued to Date: | $0.00 |
| Total Amount Still Owing: | $28,514.50 |

More than 30 days prior to this Application, the United States made demand on Defendant for the total amount still owing. Despite this demand, Defendant has not paid the amount still owing.

Dated this 9th day of October, 2019.

Respectfully submitted,

TIMOTHY J. DOWNING
United States Attorney

KAY SEWELL, OBA No. 10778
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700    FAX: (405) 553-8884
E-mail: Kay.Sewell@usdoj.gov