# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-18-279-G |
| | ) | |
| DRAGOS CONSTANTIN BADEA, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

Now before the Court is Plaintiff United States' Motion for Final Order of Forfeiture (Doc. No. 45). The Court grants the Motion and finds:

Pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, this Court entered a Preliminary Order of Forfeiture based on Defendant's plea providing for the forfeiture of Defendant's right, title, and interest in the below-described property and based on the Court's finding of requisite nexus between the property and the offense committed by the Defendant.

      (A).      $12,635.00 in U.S. Currency.

The Court's Order further directed the United States to provide notice to any persons known to assert an interest, as well as publishing notice stating the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Notice of this forfeiture and the requirements for filing a claim for the property was published on the government's website at www.forfeiture.gov for thirty (30) consecutive days beginning on March 7, 2019, through April 5, 2019, for at least 18 hours per day. A copy of the Preliminary Order of Forfeiture was also provided to the following parties:

    (a)    Paul A. Lacy, Attorney representing the Defendant, by Notice of Electronic Filing on March 5, 2019 (Doc. No. 34);

    (b)    Dragos Constantin Badea, Defendant, c/o Pottawatomie County Jail, by personal service via the USMS, on March 11, 2019, USM-285, Process Receipt and Return form (Doc. No. 35).

It appears from the record that no third party has made any claim to or declared any interest in the above-described forfeited property as required by the ancillary provision of 21 U.S.C. § 853(n).

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, free and clear of the claims of any person, including Dragos Constantin Badea, and shall be disposed of according to law.

That upon entry of this order, the United States Secret Service, or other appropriate federal agency, is directed to deliver the above-described property to the United States of America for disposition according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purposes of enforcing this Order.

DATED this 16th day of October, 2019.

_____
CHARLES B. GOODWIN
United States District Judge