# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DRAGOS CONSTANTIN BADEA,<br>Defendant,<br><br>and<br><br>WELLS FARGO BANK, N.A.,<br>and its successors or assigns,<br>Garnishee. | Case No. CR-18-279-G |

## UNITED STATES' CERTIFICATE OF MAILING

Plaintiff certifies that copies of the Writ of Garnishment and instructions for objecting to the answer of the Garnishee, and instructions for obtaining a hearing were served on the Defendant – Judgment Debtor by First Class Mail on December 9, 2019; and a copy of the Writ of Garnishment and instructions explaining the requirement that the Garnishee submit a written answer to the Writ was served on the Garnishee by Certified Mail, Return Receipt Requested on December 14, 2019.

Respectfully submitted,

TIMOTHY J. DOWNING
United States Attorney

s/ KaySewell
KAY SEWELL OBA #10778
Assistant U.S. Attorney
1210 Park Avenue, Ste. 400
Oklahoma City, OK 73102
(405) 553-8700
Kay.sewell@usdoj.gov

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): ANIEFIOK TOM   C. Date of Delivery: 12/4/19 |
| 1. Article Addressed to:<br>Wells Fargo Bank, N.A.<br>Attn: Legal Order Processing<br>5377 W. Centinela Ave.<br>Los Angeles, CA 90045 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4473 8248 3341 38 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>0640 0000 6077 5942 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt